# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**JOBOYD GIBSON**  **PETITIONER**
Reg # 10999-042

v.                         Case No. **2:20-cv-00006-KGB**

**DEWAYNE HENDRIX,**                    **RESPONDENT**
Warden, FCC-Medium, Forrest City

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 7). Plaintiff Joboyd Gibson has not filed objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). The Court denies Mr. Gibson's petition for writ of habeas corpus with prejudice; the relief requested is denied (Dkt. No. 1).

It is so ordered this the 26th day of January, 2021.

Kristine G. Baker
United States District Judge