IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JOBOYD GIBSON**  **PETITIONER**
Reg # 10999-042

v.  Case No. 2:20-cv-00006-KGB

**DEWAYNE HENDRIX,**  **RESPONDENT**
Warden, FCC-Medium, Forrest City

## JUDGMENT

Pursuant to the Order entered in this matter on this date, the Court dismisses petitioner Joboyd Gibson's petition with prejudice and denies the requested relief.

So adjudged this the 26th day of January, 2021.

_____
Kristine G. Baker
United States District Judge